**Order issued March 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01424-CR

---

### SAWEAT JINTANONT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Chief Justice Wright and Justices Myers and Brown

Based on the Court's opinion of this date, we **GRANT** the October 30, 2014 motion of George R. Conkey for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove George R. Conkey as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Saweat Jintanont, 11330 Preclude Drive, Dallas, Texas, 75238.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE